# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA, | : | Case No. 3:23-mj-252 |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| JUSTIN PACELLI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## REMOVAL ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant herein was arrested in this District upon a warrant issued upon a Supervised Release Violation Petition in the United States District Court for the Northern District of Ohio, in Case No. 3:20-cr-628. Defendant appeared before this Court via GoToMeeting on June 14, 2023, and was advised of his rights. On advice of counsel, Defendant waived proof that he is the person named in the Supervised Release Violation Petition and his right to an Identity Hearing. The Court finds the waiver, knowing, intelligent and voluntary.

Defendant waived his right to a detention hearing in this District. Accordingly, **IT IS ORDERED** THAT THE DEFENDANT APPEAR IN THE United States District Court for the Northern District of Ohio, for any further proceedings, as ordered by that court.

Pending hearings in the United States District Court for the Northern District of Ohio, Defendant is remanded to the custody of the United States Marshal.

June 14, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge